UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUG 18 2008

Plaintiff(s)

MUTEI M. ELHAJ

V.

UNITED STATES GVMT.
(I.R.S)

Defendant(s)

08CV4676
JUDGE ST. EVE
MAG. JUDGE COLE

## COMPLAINT

① IN 2002 Personal Income tax, I.R.S. keeps on demanding Money from me that I proved to them, I don't owe.

② I.R.S. Charged me $2,316.91 on 1/19/08 which I am requesting they pay back to me plus Interest.

③ I.R.S. Informed me that they denied my 1040X for 2002 for no reason.

④ I.R.S. Informed me that they denied my request for Audit Reconsideration.

⑤ I.R.S. demand of over $20,000 for 2002 should be voided & cancelled from my File.

M. Elhaj