08CV4676
JUDGE ST. EVE
MAG. JUDGE COLE

APPE
DISTRICT COU ......... OF ILLINOIS

FILED
AUG 18 2008
MICHAEL W. DOBBINS
U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: MUTEI M. ALHAJ
(Please print)

STREET ADDRESS: 9109 S. MAJOR Ave.

CITY/STATE/ZIP: Oak Lawn, IL. 60453

PHONE NUMBER: 708-237-0010

CASE NUMBER: _____

_M Alhaj_  
Signature

8/18/08  
Date